UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| TIMOTHY CLAY WILLIAMS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:15-CV-91 |
| | ) | |
| HAWKINS COUNTY JAIL, | ) | |
| LT. GALLION, Jail Administrator, | | |
| Defendants. | | |

## **MEMORANDUM**

On April 20, 2015, the Court entered a Deficiency Order, warning plaintiff that, unless he signed the last page of his pleading and returned it to the Clerk's Office, within thirty (30) days, of the date of entry of that Order, the Court would assume that he did not wish to proceed in this action and would dismiss his case for want of prosecution under Federal Rule of Civil Procedure 41(b), [Doc. 4]. More than thirty days have passed since entry of the Deficiency Order, and plaintiff has failed to return the signature page of his complaint to the Court or otherwise respond to the Order.

Accordingly, this action will be **DISMISSED without prejudice**, sua sponte, for want of prosecution. Fed. R.Civ. P.41(b); *Link v. Wabash R. Co*., 370 U.S. 626, 630-31 (1962) (recognizing court's authority to dismiss a case sua sponte for lack of prosecution).

**ENTER:**

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE